Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DONNA CAROL MILLER

CASE NO. 13-70280-HDH-13

| AKA1: | AKA2: |
|---|---|
| DBA1: | DBA2: |
| SS#1: xxx-xx- 1301 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:  8/28/2013   Orig. Time:   1:00 PM         Reset Date:            Reset Time:

   B. Meeting Results:   Adjourned

   C. Debtor(s):   Debtor 1 Appeared

   D. Attorney for Debtor(s):   Appeared

   E. Creditor Appearance:   none

   F. Amount Paid to the Trustee as of   8/28/2013   $0.00   First Payment Due Date:   8/29/2013

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:   B22C Form is:   Complete

       Budgeted Income:   $1,966.12   Expense:   $1,786.12   Surplus:   $180.00

       Plan Payment:   $180.00  Monthly      Plan Term(Months):   36

   I. Value of Non-Exempt Property:   $0.00   Proposed Amount to Unsecured Creditors:   $0.00

       Objection to Exemption of:

       ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:  12-70200

       ___ Object to Invoke Stay Pleading

       ___ Case Converted from Chapter 7, Bar Date Set:   11/26/2013   Date Converted from Chapter 7:

   J. Required Information:   good thank you

   K. Business Information:

   L. Object to Confirmation:   No

   M. Financial Management Class:   Debtor 1 Appeared

   N. Eligibility:

       Certificate of Credit Counseling Filed:   Debtor 1 Only

       Credit Counseling Provider Approved:         Yes

       Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):   No

   O. Domestic Support Obligation:   $0.00   Current:         Arrears:   $0.00

       Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:   How will she make the balloon payment in month 36? Family will give her the money to make the payment
       1st pmt of $180 is due 8/29/13, has it been sent? Mailed today
       Ww
       confirmation hearing 9/18/13

Dated:   8/28/2013                          /s/ Walter O'Cheskey

                                                                       Standing Bankruptcy Trustee
                                                                       By:   Angela Gonzales

| | |
|---|---|
| **Case Number:** | 13-70280 |
| **Debtor:** | MILLER |
| **Attorney:** | MJW |
| **Presiding Officer:** | Angela |
| **Calculation Date:** | 8/28/2013 10:49 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| WELLS FARGO | $360.00 | 5.00% | 36 | $10.79 | $388.42 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor      Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $4,298.65 | | 36 | $119.41 | $4,298.65 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Attorney Fees**    Paid Through the Plan | $2,646.00 | | $2,646.00 |
| **Noticing Fees** | $96.00 | | $96.00 |
| **Clerk Filing Fees** | | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $625.00 | | |
|   Less Trustee Fees | $62.50 | | |
|   Less Attorney Fees | $2,646.00 | | |
|   Less Noticing Fees | $96.00 | Greater Of ---------> | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | |
|   Less Scheduled Priority Claims | $4,298.65 | | |
|   Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $109,291.31 |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $8,243.86 |
| **Debtor Plan Base (Monthly Payment X Term)** | $28,300.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$20,056.14** |

**Comments:**

| | |
|---|---:|
| **Case Number:** | 0 |
| **Debtor:** | 0 |
| **Attorney:** | 0 |
| **Presiding Officer:** | 0 |
| **Calculation Date:** | 8/28/2013 10:49 |

| | | |
|---|---|---:|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**